UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brandon Houle,                                    Case No. 23-CV-00528-JNE/LIB

          Plaintiff,

vs.

City of Duluth; and Officers Adam Huot,
Morgan Cekalla, and Beau Hughes, in
their individual and official capacities,

          Defendants.

## STIPULATION FOR DISMISSAL OF DEFENDANTS ADAM HUOT, MORGAN CEKALLA, AND BEAU HUGHES

The undersigned attorneys hereby advise the Court that all claims by Plaintiff Brandon Houle against Defendants Morgan Cekalla, Beau Hughes, and Adam Huot, in their individual and official capacities, in the above-entitled case of action are hereby dismissed with prejudice.

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Brandon Houle and Defendants City of Duluth and Morgan Cekalla, Beau Hughes, and Adam Huot, in their individual and official capacities, by and through their respective undersigned counsel, that Plaintiff's claims against Morgan Cekalla, Beau Hughes, and Adam Huot, in their individual and official capacities, are hereby dismissed with prejudice.

1

Plaintiff specifically acknowledges this dismissal is voluntarily entered into, and further that no payment or separate consideration is being paid for entering into this dismissal from or on behalf of Morgan Cekalla, Beau Hughes, or Adam Huot. The parties also agree that no costs or disbursements or attorney's fees, including attorney's fees pursuant to 42 U.S.C. § 1988 will be sought, recovered, or paid by Plaintiff or the dismissed Defendants.

The undersigned hereby pray for an Order of the Court dismissing all claims against Defendants Morgan Cekalla, Beau Hughes, and Adam Huot, in their individual and official capacities.

IT IS FURTHER STIPULATED that, without further notice, all of Plaintiff's claims against Morgan Cekalla, Beau Hughes, and Adam Huot, in their individual and official capacities, are dismissed on the merits and with prejudice, without costs or disbursements or attorneys' fees to any party.

Dated: 03/06/2024  /s/ Zorislav R. Leyderman
Zorislav R. Leyderman, (#0391286)
The Law Office of Zorislav R. Leyderman
222 South 9th Street, Suite 1600
Minneapolis, MN 55402
zrl@ZRLlaw.com
Telephone: 612-470-7179
*Attorney for Plaintiff Brandon Houle*

Dated: 03/06/2024    JESSICA J. FRALICH, City Attorney

and

/s/ Elizabeth Sellers Tabor
ELIZABETH SELLERS TABOR (#0395652)
Assistant City Attorney
411 West First Street, Rm. 440
Duluth, MN  55802
etabor@duluthmn.gov
Telephone:  218-730-5281
*Attorneys for Defendants City of Duluth, Officers Morgan Cekalla and Beau Hughes in their individual and official capacities and Officer Adam Huot in his official capacity*


Dated: 03/06/2024    /s/ Stephanie A. Angolkar
STEPHANIE A. ANGOLKAR (#388336)
9321 Ensign Avenue South
Bloomington, MN 55438
stephanie@iversonlaw.com
Telephone: 952-548-7200
*Attorney for Defendant Officer Adam Huot in his individual capacity*