UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Brandon Houle, | Case No. 23-CV-00528-JNE/LIB |
| Plaintiff, | |
| vs. | |
| City of Duluth; and Officers Adam Huot, Morgan Cekalla, and Beau Hughes, in their individual and official capacities, | |
| Defendants. | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Defendants Morgan Cekalla, Beau Hughes, and Adam Huot, in their individual and official capacities, having previously been dismissed from the action, Plaintiff Brandon Houle and sole remaining Defendant City of Duluth stipulate that this action is dismissed with prejudice.

1

Dated: <u>03/06/2024</u>   /s/ Zorislav R. Leyderman
Zorislav R. Leyderman, (#0391286)
The Law Office of Zorislav R. Leyderman
222 South 9th Street, Suite 1600
Minneapolis, MN 55402
zrl@ZRLlaw.com
Telephone:  612-470-7179
*Attorney for Plaintiff Brandon Houle*

Dated: <u>03/06/2024</u>   JESSICA J. FRALICH, City Attorney

and

/s/ Elizabeth Sellers Tabor
ELIZABETH SELLERS TABOR (#0395652)
Assistant City Attorney
411 West First Street, Rm. 440
Duluth, MN  55802
etabor@duluthmn.gov
Telephone:  218-730-5281
*Attorneys for Defendant City of Duluth*